1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  BRADY DEWAR (252776)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, 18th Floor
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   Attorneys for Defendants BETTY T. YEE, GEORGE RUNNER, MICHELLE STEEL,
6  JEROME E. HORTON, and JOHN CHIANG in their official capacity as members of the
   California State Board of Equalization
7
   Donald J. Kula (144342)
8  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
9  Los Angeles, CA 90067
   Telephone: (310) 788-9900
10 Fax: (310) 788-3399

11 Malcolm S. Segal (75481)
   **SEGAL & ASSOCIATES, PC**
12 400 Capitol Mall, Suite 2550
   Sacramento, CA 95814
13 Telephone: (916) 441-0886

14 Attorneys for Plaintiff
   GILBERT P. HYATT
15
   [additional counsel on the following page]
16
                      **UNITED STATES DISTRICT COURT**
17
                       **EASTERN DISTRICT OF CALIFORNIA**
18

19 | GILBERT P. HYATT, | Case No. 2:14-cv-00849 GEB-DAD |
   |---|---|
20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
21 | v. | |
22 | | |
23 | JOHN CHIANG, JEROME E. HORTON, and MICHAEL COHEN, CALIFORNIA FRANCHISE TAX BOARD MEMBERS; BETTY T. YEE, GEORGE RUNNER, MICHELLE STEEL, JEROME E. HORTON, and JOHN CHIANG, CALIFORNIA STATE BOARD OF EQUALIZATION MEMBERS, | Hon. Garland E. Burrell, Jr. |
27 | Defendants | |
28 | | |



STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE
LEGAL121932737.2

1  CYNTHIA J. LARSEN (123994)
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
2  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814
3  Telephone: (916) 329-7970

4
   JAMES BRADSHAW (108765)
5  DEBBIE LEONARD (226547)
   **MCDONALD CARANO WILSON LLP**
6  100 West Liberty Street, 10th Floor
   P.O. Box 2670
7  Reno, Nevada 89505
   Telephone: (775) 788-2000
8

9  Attorneys for Defendants JOHN CHIANG, JEROME E. HORTON, and MICHAEL COHEN in their official capacity as members of the California Franchise Tax Board

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# STIPULATION

Plaintiff Gilbert P. Hyatt ("Plaintiff") and Defendants John Chiang, Jerome E. Horton, and Michael Cohen, California Franchise Tax Board Members; and Betty T. Yee, George Runner, Michelle Steel, Jerome E. Horton, and John Chiang, California State Board of Equalization Members (jointly, "Defendants"), through their counsel of record, hereby stipulate to the following modified briefing schedule for Defendants' anticipated motions to dismiss and the initial case management conference in this matter, and ask that the Court approve their stipulation:

1. Defendants shall file motions to dismiss or other pleadings in response to Plaintiff's Complaint (Dkt. No. 2) on or before June 20, 2014.
2. Plaintiff shall file briefs in opposition to any motions to dismiss filed by Defendants on or before July 25, 2014.
3. Defendants shall file reply briefs in support of their motions to dismiss, if any, on or before August 25, 2014.
4. A hearing on any motion to dismiss filed by Defendants shall be scheduled for September 22, 2014 at 9 a.m.
5. The initial case management conference currently scheduled for July 21, 2014 at 9 a.m. shall be continued until October 20, 2014 at 9 a.m.

IT IS SO STIPULATED.

DATED:  June 6, 2014                    **KERR & WAGSTAFFE LLP**


By  /s Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT
Attorneys for Defendants
BETTY T. YEE, GEORGE RUNNER, MICHELLE STEEL, JEROME E. HORTON, and JOHN CHIANG in their official capacity as members of the California State Board of Equalization

| | | |
|---|---|---|
| 1 | DATED: June 6, 2014 | **MCDONALD CARANO WILSON LLP** |
| 2 | | |
| 3 | | By /s James Bradshaw_____ |
| 4 | | JAMES BRADSHAW |
| | | Attorneys for Defendants |
| 5 | | JOHN CHIANG, JEROME E. HORTON, and MICHAEL COHEN in their official capacity as |
| 6 | | members of the California Franchise Tax Board |
| 7 | | |
| 8 | DATED: June 6, 2014 | **PERKINS COIE LLP** |
| 9 | | |
| 10 | | By /s Donald Kula_____ |
| 11 | | DONALD J. KULA |
| | | Attorneys for Plaintiff |
| 12 | | GIBERT P. HYATT |

**[PROPOSED] ORDER**

Pursuant to the stipulation filed by Plaintiff Gilbert P. Hyatt ("Plaintiff") and Defendants John Chiang, Jerome E. Horton, and Michael Cohen, California Franchise Tax Board Members; and Betty T. Yee, George Runner, Michelle Steel, Jerome E. Horton, and John Chiang, California State Board of Equalization Members (jointly, "Defendants"), through their counsel of record, and good cause appearing therefore, the Court ORDERS the following:

1. Defendants shall file motions to dismiss or other pleadings in response to Plaintiff's Complaint on or before June 20, 2014.
2. Plaintiff shall file briefs in opposition to any motion to dismiss filed by Defendants on or before July 25, 2014.
3. Defendants shall file reply briefs in support of their motions to dismiss, if any, on or before August 25, 2014.
4. A hearing on any motion to dismiss filed by Defendants shall be scheduled for September 22, 2014 at 9 a.m.
5. The initial case management conference currently scheduled for July 21, 2014 at 9 a.m. shall be continued until October 24, 2014 at 9 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

DATED: JUNE 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

