1  Donald J. Kula, Bar No. 144342
   DKula@perkinscoie.com
2  Oliver M. Gold, Bar No. 279033
   OGold@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Malcolm S. Segal (75481)
   SEGAL & ASSOCIATES, PC
7  400 Capitol Mall, Suite 2550
   Sacramento, CA 95814
8  Telephone: (916) 441-0886

9  Attorneys for Plaintiff GILBERT HYATT

10 JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
11 BRADY DEWAR (252776)
   KERR & WAGSTAFFE LLP
12 100 Spear Street, 18th Floor
   San Francisco, CA 94105–1528
13 Telephone: (415) 371-8500
   Fax: (415) 371-0500
14
   Attorneys for Defendants BETTY T. YEE, GEORGE
15 RUNNER, MICHELLE STEEL, JEROME E. HORTON, and
   JOHN CHIANG in their official capacity as members of the
16 California State Board of Equalization

17 [additional counsel on the following page]

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  GILBERT P. HYATT, | Case No. 2:14-cv-00849 GEB-DAD |
| 21     Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE |
| 22     v. | |
| 23  JOHN CHIANG, JEROME E. HORTON, and MICHAEL COHEN, CALIFORNIA FRANCHISE TAX BOARD MEMBERS; BETTY T. YEE, GEORGE RUNNER, MICHELLE STEEL, JEROME E. HORTON, and JOHN CHIANG, CALIFORNIA STATE BOARD OF EQUALIZATION MEMBERS, | |
| 24 | Hon. Garland E. Burrell, Jr. |
| 25 | |
| 26 | |
| 27 | |
| 28     Defendants. | |

LEGAL122789163.3                           STIPULATION AND [PROPOSED] ORDER

1  CYNTHIA J. LARSEN (123994)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814
3  Telephone: (916) 329-7970

4  JAMES BRADSHAW (108765)
   DEBBIE LEONARD (226547)
5  MCDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
6  P.O. Box 2670
   Reno, Nevada 89505
7  Telephone: (775) 788-2000

8  Attorneys for Defendants JOHN CHIANG, JEROME E. HORTON, and
   MICHAEL COHEN in their official capacity as members of the California
9  Franchise Tax Board

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL122789163.3                                   STIPULATION AND [PROPOSED] ORDER

## **STIPULATION**

Plaintiff Gilbert P. Hyatt ("Plaintiff") and Defendants John Chiang, Jerome E. Horton, and Michael Cohen, California Franchise Tax Board Members; and Betty T. Yee, George Runner, Michelle Steel, Jerome E. Horton, and John Chiang, California State Board of Equalization Members (jointly, "Defendants"), through their counsel of record, previously stipulated to a briefing schedule and hearing date on Defendants' respective Rule 12(b) Motions to Dismiss (Dkt. ## 15 and 17) (the "Motions"), as well as to reset the initial case management conference, and the Court approved that stipulation (Dkt. # 14).

The parties hereby stipulate to the following modified briefing schedule and hearing date for Defendants' respective Motions as well as the initial case management conference in this matter, and ask that the Court to approve their stipulation:

1. Plaintiff shall file briefs in opposition to the two Motions on or before August 25, 2014.  Plaintiff may file a consolidated opposition brief of up to 50 pages in length instead of two separate opposition briefs of 25 pages each in response to the two Motions.
2. Defendants shall file reply briefs in support of their motions to dismiss, if any, on or before October 3, 2014, and will file separate replies in regard to their respective Motions.
3. A hearing on the Motions shall be scheduled for November 3, 2014 at 9 a.m.
4. The initial case management conference currently scheduled for October 20, 2014 at 9 a.m. shall be continued until December 8, 2014 at 9 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: July 18, 2014 | **KERR & WAGSTAFFE LLP** |
| | By /s Michael Von Loewenfeldt |
| | MICHAEL VON LOEWENFELDT |
| | Attorneys for Defendants |
| | BETTY T. YEE, GEORGE RUNNER, MICHELLE STEEL, JEROME E. HORTON, and JOHN CHIANG in their official capacity as members of the California State Board of Equalization |
| DATED: July 18, 2014 | **MCDONALD CARANO WILSON LLP** |
| | By /s James Bradshaw |
| | JAMES BRADSHAW |
| | Attorneys for Defendants |
| | JOHN CHIANG, JEROME E. HORTON, and MICHAEL COHEN in their official capacity as members of the California Franchise Tax Board |
| DATED: July 18, 2014 | **PERKINS COIE LLP** |
| | By /s Donald J. Kula |
| | DONALD J. KULA |
| | Attorneys for Plaintiff |
| | GILBERT P. HYATT |

LEGAL122789163.3   [2]   STIPULATION AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the stipulation filed by Plaintiff Gilbert P. Hyatt ("Plaintiff") and Defendants John Chiang, Jerome E. Horton, and Michael Cohen, California Franchise Tax Board Members; and Betty T. Yee, George Runner, Michelle Steel, Jerome E. Horton, and John Chiang, California State Board of Equalization Members (jointly, "Defendants"), through their counsel of record, and good cause appearing therefore, the Court ORDERS the following:

1. Plaintiff shall file briefs in opposition to the two Motions on or before August 25, 2014. Plaintiff may file a consolidated opposition brief of up to 50 pages in length instead of two separate opposition briefs of 25 pages each in response to the two Motions.
2. Defendants shall file reply briefs in support of their motions to dismiss, if any, on or before October 3, 2014, and will file separate replies in regard to their respective Motions.
3. A hearing on the Motions shall be scheduled for November 3, 2014 at 9 a.m.
4. The initial case management conference currently scheduled for October 20, 2014 at 9 a.m. shall be continued until January 26, 2015, at 9 a.m.

IT IS SO ORDERED.

DATED: JULY 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge